UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sebrina Roberts, | No. 2:20-cv-01578-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| FCA US, LLC, | |
| Defendant. | |

The parties have filed a stipulation requesting this case be referred to court-convened settlement and are open to participating in the Voluntary Dispute Resolution Program (VDRP). ECF No. 10. Accordingly, this matter is referred to the court's ADR Coordinator, Sujean Park, for referral to VDRP for the convening of a VDRP session to occur as soon as possible, at which a principal with full settlement authority for each party shall appear.

IT IS SO ORDERED.

DATED: July 7, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1