**QUILL & ARROW, LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
Leon Tao, Esq. (SBN 330099)
kjacobson@quillarrowlaw.com
ltao@quillarrowlaw.com
10900 Wilshire Blvd., Suite 300
Los Angeles, California 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645

Attorney for Plaintiffs,
**SEBRINA ROBERTS**

# UNITED STATES DISTRICT COURT OF
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBRINA ROBERTS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 2:20-cv-01578 KJM-KJN (Courtroom 3)<br><br>*Assigned to the Hon. Kimberly J. Mueller*<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCLOSURE OF EXPERT AND REBUTTLE EXPERTS AND FACT AND EXPERT DISCOVERY DEADLINES**<br><br>Filed: June 29, 2020 |

Plaintiff SEBRINA ROBERTS, ("Plaintiff"), and Defendant FCA US LLC (collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing the date for the Parties to exchange initial expert witness disclosures and rebuttal expert

witnesses, and continuing the date for completion of fact and expert discovery.

WHEREAS, the Parties further met and conferred pursuant to FRCP Rule 26(f) on June 9, 2021, to consider the nature and basis of the claims and defenses, the possibilities for promptly settling or resolving the case, and discussing the status of discovery, and developing a reasonable discovery plan with the goal of continuing settlement discussions and scheduling a Court-sponsored settlement conference in mid-August 2021; WHEREAS, the Parties' Initial Expert Witness Disclosures pursuant to FRCP Rule 26(a)(2) are currently due on July 8, 2021.

WHEREAS, the Parties' Rebuttal Expert Witness Disclosures are currently due on August 5, 2021;

WHEREAS, the Parties are to complete all fact discovery by July 15, 2021; WHEREAS, the Parties are to complete all expert discovery by September 9, 2021;

WHEREAS, in light of the COVID-19 Pandemic and unavailability of experts for in-person vehicle inspections, the Parties were unable to arrange a Vehicle Inspection until July 5, 2021.

WHEREAS, the Parties have mutually agreed that postponing Initial Expert Disclosures and related deadlines, and extending the completion date for fact and expert discovery until a date sufficiently after this vehicle inspection has occurred will allow the Parties additional opportunities to discuss settlement and to avoid potentially unnecessary litigation costs;

WHEREAS, no trial date has yet been set in the case;

WHEREAS, the Parties, subject to this Court's approval, respectfully request that: the last date for the Parties to serve Initial Expert Witness Disclosures pursuant to FRCP Rule 26(a)(2) and the last date to disclose Rebuttal Expert Witness Disclosures be continued twenty-one days; the deadline for the Parties' to complete fact discovery be continued for thirty-two days; and, that the deadline for the Parties to complete expert discovery be continued for thirty-two days.

///

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCLOSURE OF EXPERT AND REBUTTLE EXPERTS AND FACT AND EXPERT DISCOVERY DEADLINES**

NOW THEREFORE, the Parties agree and stipulate that: the deadline for disclosure of expert witnesses pursuant to Fed. R. Civ. P. 26(A)(2) shall be July 29, 2021; the deadline for disclosure of supplemental and rebuttal experts pursuant to Fed. R. Civ. P. 26(A)(2)(C) shall be August 26, 2021; the deadline for completion of fact discovery shall be August 16, 2021; and, the deadline for completion of expert discovery shall be October 11, 2021.

IT IS SO STIPULATED.

Dated: July 8, 2021  **UNIVERSAL & SHANNON, LLP**

By: *James P. Mayo*
JAMES P. MAYO, Esq.
Attorneys for Defendant FCA US LLC

Dated: July 8, 2021  **QUILL & ARROW, LLP**

By: *Kevin Y. Jacobson*
Kevin Y. Jacobson, Esq.
Attorneys for Plaintiff
SEBRINA ROBERTS

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCLOSURE OF EXPERT AND REBUTTLE EXPERTS AND FACT AND EXPERT DISCOVERY DEADLINES**

# ORDER

The Court, having considered the parties' Stipulation, and good cause appearing therein, orders the scheduling deadlines in this case be modified as follows:

Expert Disclosure: July 29, 2021,

Rebuttal Expert Disclosure: August 26, 2021

Fact Discovery Completion Deadline: August 16, 2021

Expert Discovery Completion Deadline: October 11, 2021

All other deadlines, including the dispositive motion filing deadline, remain as set forth in the Court's Scheduling Order, issued on December 21, 2020.

IT IS SO ORDERED.

Dated: July 8, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE